## Ex parte G. R. COURTER.

No. A-8903. July 5, 1935.
Rehearing Denied Sept. 6, 1935.
(54 Pac. [2d] 407.)

W. C. Hall, for petitioner.

Harlan Deupree, Municipal Counselor, and A. P. Van Meter, Asst. Municipal Counselor, for respondent, City of Oklahoma City.

PER CURIAM. This case presents the same question as Ex parte J. L. Biggs, 58 Okla. Cr. 43, 54 Pac. (2d) 404, just decided, and on the authority of that case the writ is denied.

## Ex parte L. A. COURTER.

No. A-8904. July 5, 1935.
Rehearing Denied Sept. 6, 1935.
(54 Pac. [2d] 407.)

W. C. Hall, for petitioner.

Harlan Deupree, Municipal Counselor, and A. P. Van Meter, Asst. Municipal Counselor, for respondent, City of Oklahoma City.

PER CURIAM. This case presents the same question as Ex parte J. L. Biggs, 58 Okla. Cr. 43, 54 Pac. (2d) 404, just decided, and on the authority of that case the writ is denied.